**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**300 Quarropas Street**
**White Plains, NY 10601**

---

| | |
|---|---|
| IN RE: Pamela Sultana Goldstein | CASE NO.: 17–23874–shl |
| aka   Pamela S Goldstein | |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: xxx–xx–1841 | CHAPTER: 7 |

---

# NOTICE OF CASE REASSIGNMENT

The above referenced case was reassigned to Judge Sean H. Lane on July 1, 2022 for administration. Please style all future captions with the appropriate judicial suffix (shl ).

Dated: July 1, 2022                                    Vito Genna
                                                       Clerk of the Court