**UNITED STATES BANRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

In re:

Pamela Sultana Goldstein
aka Pamela S Goldstein

Debtor(s).

Case No. 17-23874-SHL

Chapter 7

**NOTICE OF SATISFACTION OF PROOF OF CLAIM #2-1**

**TO: DEBTOR(S), ATTORNEY FOR DEBTOR(S), CHAPTER 7 TRUSTEE, and all interested parties:**

NOTICE IS HEREBY GIVEN that **Deutsche Bank National Trust Company, as Trustee for HSI Asset Loan Obligation Trust 2007-2, Mortgage Pass Through Certificates, Series 2007-2 c/o Specialized Loan Servicing LLC** ("Creditor"), considers the Proof of Claim filed on **December 15, 2017** and assigned claim number **2-1,** satisfied as of the date of this Notice. The loan has been paid in full and any future disbursements on claim number 2-1 should cease at this time. Any monies received after the date of this Notice will be returned to the sender.

Dated: July 11, 2022

Respectfully submitted,
Bonial & Associates, P.C.

/s/ Craig Edelman
_____
Craig Edelman
14841 Dallas Parkway
Suite 425
Dallas, Texas 75254
(972) 643-6600
(972) 643-6698 (Telecopier)
Email: POCInquiries@BonialPC.com
Authorized Agent for Specialized Loan Servicing LLC

4127-N-5027

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before July 11, 2022 via electronic notice unless otherwise stated:

**Debtor**　　　　　　*Via U.S. Mail*
Pamela Sultana Goldstein
1 Hawthorne Way
Hartsdale, NY 10530-3004

**Debtors' Attorney**
Dawn Kirby
Kirby Aisner & Curley, LLP
700 Post Road, Suite 237
Scarsdale, NY  10583

**Chapter 7 Trustee**
Howard P. Magaliff
335 Madison Avenue, 9th Floor
New York, New York 10017

              /s/ Craig Edelman
              Craig Edelman